**Order entered January 14, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00935-CR
No. 05-19-00936-CR

**CHRISTIN LEE GORBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00375-T & F18-29750-T**

## ORDER

The reporter's record in these appeals, requested August 2, 2019, was due November 25, 2019. When it was not timely filed, we notified court reporter Vearneas Faggett by postcard dated November 27, 2019 and directed her to file the reporter's record by December 27, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Faggett.

We **ORDER** the reporter's record filed on or before **February 3, 2020**. We caution Ms. Faggett that the failure to file the reporter's record by that date may result in the Court ordering she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Verneas Faggett, office court reporter, 283rd Judicial District Court; and to counsel for all parties.

/s/      LANA MYERS
            JUSTICE